CHAMBERS OF
CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0393

October 15, 2019

**Via Electronic Filing and Mail**

To: Counsel of Record and *Pro-Se* Defendant

Re: National Electrical Benefit Fund v. NRG Management Solutions, Inc.
Civil Action No.: TDC-19-254

Dear Counsel of Record and Defendant:

A copy of the Report and Recommendation rendered in the above-captioned case is enclosed. Any objections you wish to make thereto must be made **in writing and within 14 days** pursuant to Federal Rule of Civil Procedure 72(b)(2), a copy of which is enclosed.

After the time for filing written objections has expired, Judge Theodore D. Chuang will review the Report and Recommendation regardless of whether you have filed written objections to it. If you should fail to file written objections within the time set forth above (or within the time of any extension specifically granted by the Court) and Judge Chuang subsequently adopts the Report and Recommendation, you will have lost your right to appeal the finding of the Report and Recommendation to the United States Court of Appeals for the Fourth Circuit.

Very truly yours,

/s/
Charles B. Day
United States Magistrate Judge

CBD/hjd